UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

*Michael A. Gillet, III*

CASE/CITATION NO. 2:07MJ00286-GGH

**ORDER TO PAY**

**FILED**

NOV -7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SOCIAL SECURITY #: ███████
DATE OF BIRTH: ███████
DRIVER'S LICENSE #: ███████
ADDRESS: 4738 Grouse Run Dr #14
Stockton     CA     95207
CITY         STATE  ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 11-7-07

_____
DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 300.00  and a penalty assessment of $ 10.00  for a TOTAL AMOUNT OF: $ 310.00 , within _____ days/months; or payments of $ 30.00 per month, commencing 12/7/07  and due on the 7th  of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

**CENTRAL VIOLATIONS BUREAU**
PO BOX 70939
CHARLOTTE, NC 28272-0939

**CLERK, USDC**
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

**CLERK, USDC**
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 11/7/07

_____
U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-SST

EDCA-3