MCGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
JENNIFER E. DAVIS
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-07-286-GGH |
| ) | |
| Plaintiff, ) | PETITION FOR PROBATION |
| ) | REVOCATION AND |
| v. ) | ORDER TO APPEAR |
| ) | |
| MICHAEL ALLEN GILLET III, ) | DATE:  November 10, 2008 |
| ) | TIME:  9:00 a.m. |
| ) | JUDGE: Hon. Gregory G. Hollows |
| Defendant. ) | |
| _____) | |

On November 7, 2007, the defendant, MICHAEL ALLEN GILLET III,

pled guilty to the following offense:

      Driving a Vehicle When Privilege Suspended and Revoked

      for Violating Probation, in violation of Title 18,

      United States Code, Section 13, and California Vehicle

      Code Section 14601.1(a), a misdemeanor.

On November 7, 2007, defendant was given the following

sentence by United States Magistrate Judge Gregory G. Hollows:

   1.   The defendant shall pay a $300.00 fine.

   2.   The defendant shall pay a $10.00 special assessment.

   3.   The defendant shall serve a one-year term of

      unsupervised release, to terminate upon completion of

1

1    fine and assessment payments.

2        The United States alleges that the defendant has violated the

3    conditions of the sentence imposed and the above mentioned order

4    of the court as follows:

5        1.    The defendant has failed to make any payments toward the

6              $300.00 fine;

7        2.    The defendant has failed to pay the $10.00 special

8              assessment.

9        The United States therefore petitions the Court to place this

10   matter on its calendar for November 10, 2008, at 9:00 a.m., to

11   allow the defendant to show cause why the probation granted on

12   November 7, 2007, should not be revoked.

13       All of the above has been related to me by Jennifer E. Davis.

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1     I declare under penalty of perjury that the foregoing is true
2  and correct to the best of my knowledge.
3  DATED: October ___, 2008            Respectfully Submitted,
4                                      MCGREGOR W. SCOTT
                                       United States Attorney
5
6                                 By: /s/ S. Robert Tice-Raskin
                                       S. ROBERT TICE-RASKIN
7                                      Assistant U.S. Attorney
8
9                        [PROPOSED] **ORDER**
10     Good Cause Appearing, the defendant is ordered to appear on
11  November 10, 2008, at 9:00 a.m., before the Honorable Gregory G.
12  Hollows, United States Magistrate Judge, at the U.S. Federal
13  Courthouse, 501-I Street, 8th Floor, Sacramento, California, to
14  show cause why probation should not be revoked.
15     IT IS SO ORDERED.
16  Dated: October 23, 2008
17
18  /s/ Gregory G. Hollows
19  _____
    GREGORY G. HOLLOWS
    United States Magistrate Judge
20
    gillet.ord
21
22
23
24
25
26
27
28

                                3